**Order entered November 7, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00218-CR

**DARREN DWYONE GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-62506-K**

## ORDER

The reporter's record was originally due in this appeal on April 7, 2013. After abating the appeal for findings, on September 18, 2013, we ordered court reporter Janice Garrett to file the reporter's record by November 1, 2013. We warned Ms. Garrett that if she did not file the record by that date, we would order that she not sit as a court reporter until she files the record in this appeal. To date, we have not received the reporter's record.

Accordingly, this Court **ORDERS** Janice Garrett, official court reporter of the Criminal District Court No. 4, to file the reporter's record in this appeal by **NOVEMBER 19, 2013**. We further **ORDER** that Janice Garrett not sit as a court reporter until she has filed the record in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Janice Garrett, official court reporter, Criminal District Court No. 4; to counsel for all parties; and to the Dallas County Auditor's Office.

/s/     LANA MYERS
          JUSTICE